DaNiex, Judge.
 

 As the will did not
 
 begin
 
 to operate until the death of the testator, no right to the slavo
 
 Ferebe
 
 was vested in
 
 Amelia Cook,
 
 until that time. The slave
 
 Ferebe
 
 only, and not her children born between the date of the will and the death of the testator, passed
 
 Id Amelia Cook
 
 for her life,
 
 (Jones
 
 v
 
 Jones, Con.Rep.310.)
 
 The subsequent words made use of by the testator in Hie same clause of the will which gives the slave
 
 Ferebe,
 
 
 *500
 
 to
 
 Amelia Cook
 
 for life, which words are as follows :— And after her
 
 (Amelia Cook's)
 
 death, I give the said negro girl
 
 Ferebe,
 
 and her
 
 increase
 
 to
 
 Pollij Marrit,
 
 &c.” — do not, by necessary implication or intendment, carry the increase of
 
 Ferebe
 
 as well as herself to
 
 Amelia Cook
 
 for life. To say they did, would, in our opinion be adding words to the will, rather than construing it, which we have no power to do.
 

 We think that the judgment of the Superior Court must be reversed, and that judgment must be rendered for the plaintiffs.
 

 Per Curiam. — Jubgmewt reversed-.